UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERK'S MINUTES - CIVIL GENERAL**

CASE NO.  8:15-cv-409-T-27AAS    DATE  September 21, 2016

TITLE  Jameson Land Company, LLC v. Mosiac Fertilizer, LLC

TIME  10:15 - 10:45    TOTAL

Honorable  AMANDA ARNOLD SANSONE    Deputy Clerk  Cathy Morgan

Court Reporter/Tape  Digital    Courtroom  12A

| Attorney for Plaintiff | Attorney for Defendant: | Defendant(s): |
|---|---|---|
| Andrea Holder, Esq. | I. William Spivey, II, Esq. | |
| | Ryan Hopper, Esq. | |

**PROCEEDINGS:**

**MOTION HEARING**

Court reviews with parties all discovery issues listed in Plaintiff's Motion to Compel Responses to Discovery (Dkt. 43). Court issued a written order.